UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TENNESSEE RAND, INC., | : | CASE NO. 1:20-cv-02433 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 73] |
| v. | : | |
| | : | |
| GESTAMP WASHTENAW, LLC, | : | |
| et al., | : | |
| | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Gestamp seeks to seal an exhibit to an expert report.[1]  For the foregoing reasons, the Court **GRANTS** the motion

The exhibit Defendant moves to seal contain Plaintiff Tennessee Rand's PLC code. Tennessee Rand claims this code as a trade secret, an issue that is not yet settled at this point in the litigation.[2]

This Court previously granted Plaintiff Tennessee Rand's motion to seal two expert reports containing its copyrighted code.[3]  The Sixth Circuit allows trade secrets to be sealed where the proponent makes a "document by document" showing and where the seal is narrowly tailored.[4]  Plaintiff satisfied this burden.[5]

Now, Defendant Gestamp seeks to file an exhibit to an expert report containing the same PLC code.  Defendant Gestamp seeks to seal the exhibits because of Plaintiff's trade

---

[1] Doc. 73.
[2] Doc. 67.
[3] Doc. 70.
[4] *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016).
[5] Doc. 70.

Case No. 20-cv-02433
GWIN, J.

secret claim.  Defendant Gestamp does not concede that the information is a trade secret.[6]

Granting this motion to seal provides consistency across rulings.  While the issue of whether the information is a trade secret remains in dispute, Plaintiff previously met its burden to seal the code at this stage in the litigation.

For these reasons, the Court **GRANTS** the motion to file the exhibit under seal.


IT IS SO ORDERED.


Dated: October 7, 2021                              _s/_____James S. Gwin_____
                                                                 JAMES S. GWIN
                                                                 UNITED STATES DISTRICT JUDGE

---

[6] Doc. 73.